| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Alison L. Anderson (SBN 275334); Samantha Parrish (SBN 318681)<br>**BOIES SCHILLER FLEXNER LLP**<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>TELEPHONE NO.: (213) 629-9040    FAX NO. (Optional): (   )<br>E-MAIL ADDRESS (Optional)<br>ATTORNEY FOR (Name): Plaintiffs | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| PLAINTIFF/PETITIONER: MARY JANE WHALEN, individually and on behalf of all others similarly situated<br>DEFENDANT/RESPONDENT: EPIQ SYSTEMS, INC.et al. | CASE No.:<br>1:25-cv-04499-PKC |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>BOISCSF-0016643.KW |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] Summons in a Civil Action (Amended)          e. [ ] First Amended Complaint
   b. [X] Complaint                                     f. [ ] Second Amended Complaint
   c. [X] Civil Cover Sheet                             g. [ ] Third Amended Complaint
   d. [ ] Other *(specify documents):* Individual Practices in Civil Cases P. Kevin Castel, United States District Judge;

3. a. Party served *(specify name of party as shown on documents served):*
   **WESTERN ALLIANCE BANK**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **UNITED AGENT GROUP INC., AGENT FOR SERVICE OF PROCESS, BY LEAVING WITH BENJAMIN RODRIGUEZ, DATA ENTRY SPECIALIST/AUTHORIZED TO ACCEPT SERVICE OF PROCESS**

4. Address where the party was served: **7801 FOLSOM BOULEVARD, #202, SACRAMENTO, CA 95826**

5. I served the party (check proper box)
   a. [X] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **06/17/25**          (2) at *(time):* **3:35 PM**

   b. [ ] **By Substituted Service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a):*

      (1) [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
          *(date):*          from *(city):*          or [ ] A Declaration of Mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: MARY JANE WHALEN, individually and on behalf of all others similarly situated<br>DEFENDANT/RESPONDENT: EPIQ SYSTEMS, INC.et al. | CASE NUMBER:<br>1:25-cv-04499-PKC |
|---|---|

5.  c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                                (2) from *(city)*:

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **By other means** *(specify means of service and authorizing code section):*

   e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
      Under the following Code of Civil Procedure section:
      - [ ] 416.10 (corporation)           [ ] 415.95 (business organization, form unknown)
      - [ ] 416.20 (defunct corporation)   [ ] 416.60 (minor)
      - [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      - [ ] 416.40 (association or partnership)  [ ] 416.90 (authorized person)
      - [ ] 416.50 (public entity)         [ ] 415.46 (occupant)
                                           [ ] Other

7. **Person who served papers**
   a. Name: RITONG KYLEE IECHAD
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 92.00
   e. I am:
      (1) [ ] Not a Registered California process server.
      (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] A Registered California process server:
         (i)  [ ] Owner [ ] Employee [X] Independent contractor.
         (ii) Registration No.: 150
         (iii) County: Sutter

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 06/18/25

| RITONG KYLEE IECHAD | ▶ | *(signature)* |
|---|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | | (SIGNATURE) |

POS-010 [Rev. January 1, 2007]            **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com